UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEDURIAL J WELLS, indiviually,<br><br>    Plaintiff,<br><br>        v.<br><br>DAVID HECT and JOHN/JANE DOE HECT, individually and in the marital community comprised thereof; FEDERAL BUREAU OF INVESTIGATION, et al; JOHN/JANE DOES I-V,<br><br>    Defendants. | No. 2:20-cv-01796<br><br>AMENDED COMPLAINT FOR PERSONAL INJURIES IN TORT |

COMES NOW the Plaintiff, above named, by and through attorney Joss Horslen of PHILLIPS LAW FIRM, and complains and alleges against the above-named Defendants as follows:

## I. PARTIES

1.1    Plaintiff JR (Ledurial) Wells is currently a resident of Everett, Snohomish County, Washington. Plaintiff JR (Ledurial) Wells resided in Everett, Snohomish County, Washington at all times relevant and material to this Complaint.

COMPLAINT FOR PERSONAL INJURIES IN TORT - 1

PHILLIPS LAW FIRM
17410 133rd Avenue NE, Suite 301
Woodinville, WA 98072
Telephone: (425) 482-1111
Facsimile: (425) 482-6653

1.2     Defendants David Hecht and John/Jane Doe Hecht, on information and belief are residents of Seattle, King County, Washington and are believed to have resided in Seattle, King County, Washington at all times relevant and material to this Complaint.

1.3     Defendants David Hecht and John/Jane Doe Hecht are husband and wife and comprise a marital community believed to be residing in King County, Washington. All acts of these Defendants complained of herein were done both individually and for the benefit of the marital community.

1.4     Defendant Federal Bureau of Investigation, hereinafter referred to as "Defendant FBI", was/is the employer of Defendant David Hecht. Defendant David Hecht is to have been working at the time of the incident and was believed to be driving a vehicle owned by the Defendant FBI.

1.5     Defendants John/Jane Does I-V, on information and belief and at all material times, are additional drivers/individuals involved or whom Defendants may assert were involved or contributed in causing the motor vehicle collision giving rise to this lawsuit, including but not limited to any individuals to whom Defendants may attribute any comparative fault for the collision at issue or plaintiff's resulting injuries. This also includes any individuals/entities with an ownership interest in vehicles involved to any extent in the accident at issue, and/or any individuals currently unknown who may be discovered to have vicarious liability for any drivers or individuals potentially at fault for this collision.  When the identity of any such individuals becomes known, Plaintiff will amend these pleadings to reflect their true identity.

COMPLAINT FOR PERSONAL INJURIES IN TORT - 2

PHILLIPS LAW FIRM
17410 133rd Avenue NE, Suite 301
Woodinville, WA 98072
Telephone: (425) 482-1111
Facsimile: (425) 482-6653

## II. JURISDICTION, VENUE, AND PROCEDURAL REQUIREMENTS

2.1     The motor vehicle collision that is the subject of this litigation occurred in Redmond/Kirkland, King County, Washington. Venue is proper pursuant to RCW 4.12.020(3).

2.2     This action was commenced within the time permitted by the applicable statute of limitations.

2.3     Any and all claim notices have been properly filed and served, and any applicable waiting period has expired since the date of filing and service of the complaint.

2.4     Defendant acknowledge that they have been properly served with the Summons and Complaint in this matter.

2.5     There is no person or entity unnamed in this lawsuit who caused or contributed to the damages alleged herein.

## III. FACTS

3.1     Date: JR (Ledurial) Wells's injuries and damages arise out of an automobile collision that occurred on or about the 22nd day of January 2019.

3.2     Location: The collision occurred on 85th St in Kirkland, King County, Washington.

3.3     Details: On or about the 22nd day of January 2019, Plaintiff Ledurial J. Wells was traveling in their lane going approximately 30 mph. Defendant David Hecht pulled out in front of the Plaintiff. The Plaintiff immediately applied their breaks but due to the wet road conditions they were unable to stop in time. The Plaintiff collided the Defendant's vehicle.

## IV. NEGLEGENCE

4.1     Duty: Defendants, through common law, statute, regulation and/or ordinance owed Plaintiff a duty to drive attentively, keep a careful lookout, and to otherwise exercise

COMPLAINT FOR PERSONAL INJURIES IN TORT - 3

PHILLIPS LAW FIRM
17410 133rd Avenue NE, Suite 301
Woodinville, WA 98072
Telephone: (425) 482-1111
Facsimile: (425) 482-6653

ordinary and reasonable care while operating a vehicle within the State of Washington. This duty included a duty to obey all relevant rules of the road pursuant to RCW 46.61 et seq.

4.2     <u>Breach</u>: Defendants breached their duties as set forth herein.

4.3     <u>Proximate Cause</u>: As a direct and proximate cause of Defendant's breach of duties as set forth herein, Plaintiff JR (Ledurial) Wells has suffered personal injuries and damages.

## V. DAMAGES

5.1     As a direct and proximate result of the negligence alleged herein, Plaintiff has suffered severe physical injuries and Plaintiff is entitled to fair and reasonable compensation.

5.2     As a direct result of the negligence alleged herein, Plaintiff has incurred and will continue to incur medical expenses and other out-of-pocket expenses and Plaintiff is entitled to fair and reasonable compensation.

5.3     As a direct and proximate result of the negligence alleged herein, Plaintiff has incurred property damage, and has, and may continue to, incur loss of use and diminished value of said property and Plaintiff is entitled to fair and reasonable compensation.

5.4     As a direct and proximate result of the negligence alleged herein, Plaintiff has suffered and will continue to suffer physical pain and suffering and Plaintiff is entitled to fair and reasonable compensation.

5.5     As a direct and proximate result of the negligence alleged herein, Plaintiff has suffered mental and emotional distress, loss of enjoyment of life, past and future disability, permanency of injury and Plaintiff is entitled to fair and reasonable compensation.

5.6     As a direct and proximate result of the negligence alleged herein, Plaintiff has sustained past wage loss and loss of future earning capacity.

COMPLAINT FOR PERSONAL INJURIES IN TORT - 4

PHILLIPS LAW FIRM
17410 133rd Avenue NE, Suite 301
Woodinville, WA 98072
Telephone: (425) 482-1111
Facsimile: (425) 482-6653

5.7     Plaintiff is entitled to attorney fees.

5.8     Plaintiff is entitled to prejudgment interest of all medical and other out-of-pocket expenses directly and proximately caused by the negligence alleged in this complaint.

5.9     Plaintiff is entitled to costs and disbursements herein.

## VI. **WAIVER OF PHYSICIAN/PATIENT PRIVILEGE**

6.1     Plaintiff asserts the physician/patient privilege for 88 days following the filing of this complaint. On the 89th day following the filing of this complaint, the Plaintiff hereby waives the physician/patient privilege.

6.2     The waiver is conditioned and limited as follows: (1) Plaintiff does not waive the Plaintiff's constitutional right of privacy; (2) Plaintiff does not authorize contact with the Plaintiff's health care providers of any kind except by judicial proceeding authorized by the Rules of Civil Procedure; (3) Representatives of the Defendants are specifically instructed not to attempt ex parte contacts with health care providers of Plaintiff; and (4) Representatives of the Defendants are specifically instructed not to write letters to Plaintiff's health care providers telling them that the may mail copies of records to the Defendants.

Wherefore Plaintiff prays:

## VII. **RELIEF SOUGHT**

7.1     Special Damages for Plaintiff in such amounts as are proven at trial.

7.2     General Damages for Plaintiff in such amounts as are proven at trial.

7.3     Costs including attorney's fees for Plaintiff as are proven at trial.

7.4     Prejudgment Interest on all liquidated damages.

7.5     For such other and further relief as the court deems just, equitable and proper for Plaintiff at the time of trial.

COMPLAINT FOR PERSONAL INJURIES IN TORT - 5

PHILLIPS LAW FIRM
17410 133rd Avenue NE, Suite 301
Woodinville, WA 98072
Telephone: (425) 482-1111
Facsimile: (425) 482-6653

1   DATED THIS 9th day of December 2020.

PHILLIPS LAW FIRM

*Doug Weinmaster*
Douglas Weinmaster, WSBA #  28225
Attorney for Plaintiff

COMPLAINT FOR PERSONAL INJURIES IN TORT - 6

PHILLIPS LAW FIRM
17410 133rd Avenue NE, Suite 301
Woodinville, WA 98072
Telephone: (425) 482-1111
Facsimile: (425) 482-6653